**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DOROTHY JONES,

                     Plaintiff,

            -against-

STATE FARM FIRE AND CASUALTY
COMPANY,

                  Defendant.
------------------------------------------------------------------------X

**26 Civ. 3330 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of the materials filed in this action, including Defendant's Notice of Removal.  (Dkt. No. 1).  Based on the materials provided, Plaintiff did not file a Complaint in the state court action below, and has not filed one since this action was removed to this Court.  Accordingly, the parties shall provide a joint status letter to this Court by no later than Monday, May 18, 2026, describing next anticipated steps in this action.

      **SO ORDERED.**

DATED:     New York, New York
            May 11, 2026

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge