**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
DOROTHY JONES,

                        Plaintiff,

              -against-

STATE FARM FIRE AND CASUALTY
COMPANY,

                        Defendant.
-------------------------------------------------------------------------X

                        **26 Civ. 3330 (DEH) (GS)**

                        <u>**ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

      On May 21, 2026, this Court ordered Plaintiff's counsel to file a letter by no later than Thursday, May 28, 2026, explaining proposed next steps in this case, including whether counsel intends to move for substitution pursuant to Fed. R. Civ. P. 25(a), and the timing of any such motion.  (Dkt. No. 8).  No such filing was made.  Subsequently, on May 29, 2026, this Court again ordered Plaintiff's counsel to file the applicable letter by no later than June 3, 2026.  (Dkt. No. 9).  As far as this Court is aware, once again, no such filing has been made in this action.  Plaintiff's counsel is directed to file such letter in this action by no later than June 15, 2026.  Failure to respond to this order may result in a recommendation of dismissal of this action for failure to prosecute to Judge Ho.  Defendant's counsel is directed to serve Plaintiff's counsel with a copy of this order and provide proof of service by no later than Tuesday, June 9, 2026.

      **SO ORDERED.**

DATED:     New York, New York
             June 8, 2026

                            _____
                            The Honorable Gary Stein
                            United States Magistrate Judge