**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

DOROTHY JONES,

Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

----------------------------------------------------------------------X

**26 Civ. 3330 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On August 28, 2026, the Court granted Plaintiff's counsel's request for leave to move to withdraw from this action, and ordered any such motion to be submitted by no later than September 14, 2026. (Dkt. No. 19). Nonetheless, the Court has received no such filing. Plaintiff's counsel's deadline to file his motion to withdraw in this action is extended to Friday, September 25, 2026.

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

The Honorable Gary Stein
United States Magistrate Judge