**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

DOROTHY JONES,

Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

----------------------------------------------------------------------X

**26 Civ. 3330 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 2, 2026, the Court directed Plaintiff's counsel, Roman Rabinovich, to serve copies of his motion to withdraw as counsel and related papers upon the Estate Representatives and to file proof of service by no later than November 9, 2026. (Dkt. No. 25).

As of the date of this Order, no proof of service has been filed. The Court will *sua sponte* extend the deadlines in its November 2 Order as follows:

- Mr. Rabinovich shall serve a copy of this Order, together with the motion to withdraw and related papers, on the Estate Representatives and shall file proof of such service by no later than Wednesday, November 25, 2026.
- Further, the Estate Representatives' deadline to advise the Court of any objections to the motion for withdrawal is extended to Friday, December 4, 2026.

**SO ORDERED.**

DATED: New York, New York
November 23, 2026

The Honorable Gary Stein
United States Magistrate Judge